ACCEPTED
05-13-01371-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/29/2015 10:22:12 AM
LISA MATZ
CLERK

 # Dallas County
## Public Defender's Office

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

6/29/2015 10:22:12 AM

LISA MATZ
Clerk

June 26, 2015

Ms. Lisa Matz, Clerk
Dallas Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas  75202-4653

Re:     *Charles Dante Brightmon v. The State of Texas*
        Trial Court Nos:      F11-59566-R, F11-59567-R, F11-59568-R, F13-56195-R
        Appellate Court Nos: 05-13-01371-CR, 05-13-01372-CR, 05-13-01373-CR, 05-13-01374-CR

**Certification of Compliance with Rule 48.4**

Dear Ms. Matz:

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure, I certify that on June 16, 2015, I sent to Mr. Brightmon a copy of this Court's opinion and judgments, along with notification of his right to file a pro se petition for discretionary review under Rule 68. This notification was sent certified mail, return receipt requested, to Mr. Brightmon at his last known address.

I have enclosed a copy of the return receipt, received by our office on June 26, 2015. A date of delivery is not reflected. Please include this letter in the official papers in this cause.

Thank you for your assistance in this matter.

Regards,

/s/ Riann C. Moore
Riann C. Moore
Assistant Public Defender

Enclosure
cc: Dallas County Criminal District Attorney's Office, Appellate Section

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Charles D. Brightman
TDCJ# 01879515
Sanchez State Jail
3901 State Jail Rd.
El Paso, TX 79938-8456

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7013 2250 0002 2038 8506

PS Form 3811, July 2013     Domestic Return Receipt